1  GREGORY A. RUTCHIK, ESQ. # 195423
   PATRICIA DE FONTE, ESQ. #223923
2  IDELL SEITEL & RUTCHIK LLP
3  Merchants Exchange Building
   465 California Street, Suite 300
4  San Francisco, California 94104
   Telephone: (415) 986-2400
5  Facsimile: (415) 392-9259
6
   Attorneys for Plaintiffs,
7  Tonic Wear, Inc., Acme Made and
   Kirk Thornby
8

9                       UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11 | TONIC WEAR, INC., a California corporation, | Case No.: C 05 3484 EDL
   | ACME MADE, a registered Oregon business    |
12 | entity and KIRK THORNBY, an individual,     | AMENDED STIPULATION AND [PROPOSED]
   |                                             | ORDER CONTINUING CASE MANAGEMENT
13 |                    Plaintiffs,              | CONFERENCE.
14 |        vs.                                  |
15 | RLI INSURANCE COMPANY, an Illinois         |
   | corporation, SUPERIOR ACCESS INS.          |
16 | SERVICES, a California corporation, and DOES|
17 | 1-10                                        |
   |                                             | Complaint Filed:    August 29, 2005
18 |                    Defendants.              |
19 | AND RELATED COUNTERCLAIM                    |

20      It is hereby agreed and stipulated as follows between Plaintiffs and Counter-Defendants, Tonic
21 Wear, Inc., Acme Made and Kirk Thornby's, on the one hand, and, Defendant and Counter-claimant
22 RLI Insurance Company and Defendant Superior Access Ins. Services, on the other hand, by and
23 through their respective counsel that:
24      WHEREAS:   The Case Management Conference is currently scheduled for January 10, 2006;
25      WHEREAS:   Pursuant to stipulation between the parties, Plaintiffs and Counter-defendants
26 Tonic Wear, Inc., Acme Made and Kirk Thornby's response to Defendant and Counter-claimant RLI
27 Insurance Company's Counterclaim is due on January 20, 2006;
28

                                                 1

1 WHEREAS: The Parties wish to have the January 10, 2006 Case Management Conference continued to some date after January 2006.

THEREFORE, the parties stipulate as follows:

(1) This stipulation and proposed order shall be submitted to the Court for consideration; and

(2) If the Case Management Conference is continued, then all dates associated with the Case Management Conference shall also be continued.

Dated: December 2, 2005        IDELL SEITEL & RUTCHIK LLP

By: _____
Gregory A. Rutchik
Patricia De Fonte
Attorneys for Plaintiffs Tonic Wear, Inc., Acme Made, and Kirk Thornby

Dated: December 2, 2005        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Julia A. Molander
Attorneys for Defendants RLI INSURANCE COMPANY and SUPERIOR ACCESS INS. SERVICES

[PROPOSED] ORDER

The Stipulation of the Parties, having come before the Court and good cause appearing therefore, the Court makes the following order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Case Management Conference, currently scheduled for January 10, 2006, and all dates associated therewith, is continued until _____February 14__, 2006.

Dated: __December 2__, 2005        By: _____
Honorable Magistrate Judge Elizabeth D. Laporte,

IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte

2

AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE.