SEDGWICK, DETERT, MORAN & ARNOLD LLP
JULIA MOLANDER  Bar No. 83839
ERIN MEAGHER  Bar No. 227238
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
RLI INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONIC WEAR, INC., a California corporation, ACME MADE, a registered Oregon business entity and KIRK THORNBY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>RLI INSURANCE COMPANY, an Illinois Corporation, SUPERIOR ACCESS INSURANCE SERVICES, a California Corporation, and DOES 1-10,<br><br>Defendants. | CASE NO. C05 3484 EDL<br><br>**STIPULATION TO PERMIT PLAINTIFFS TO FILE AMENDED COMPLAINT, AND TO EXTEND TIME TO RESPOND TO COUNTERCLAIM** & ORDER |

The parties herein, plaintiffs Tonic Wear, Inc., Acme Made, and Kirk Thornby ("Tonic Wear") and defendant RLI Insurance Company, hereby stipulate as follows:

1. Plaintiffs may have through and including January 24, 2006 to respond to defendant's counterclaim.

2. Plaintiffs may file an amended complaint.

SF/1312332v1

-1-   CASE NO. C05 3484 EDL
STIPULATION TO PERMIT PLAINTIFF TO FILE AMENDED COMPLAINT, AND TO EXTEND TIME TO RESPOND TO COUNTERCLAIM

| | | |
|---|---|---|
| 1 | DATED: January 31, 2006 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |

By:    s/s
Julia Molander
Attorneys for Defendant
RLI INSURANCE COMPANY

DATED: January 31, 2006      IDELL, SEITEL & RUTCHIK

By:    s/s
Gregory Rutchik
Attorneys for Plaintiffs
TONIC WEAR, ACME MADE and KIRK THORNBY

IT IS SO ORDERED

Dated: February 1, 2006

GRANTED
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

_____
ELIZABETH D. LAPORTE
U.S. MAGISTRATE JUDGE

SF/1312332v1

-2-     CASE NO. C05 3484 EDL
STIPULATION TO PERMIT PLAINTIFF TO FILE AMENDED COMPLAINT, AND TO EXTEND TIME TO RESPOND TO COUNTERCLAIM