SEDGWICK, DETERT, MORAN & ARNOLD LLP
JULIA MOLANDER  Bar No. 83839
ERIN MEAGHER  Bar No. 227238
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
RLI INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONIC WEAR, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RLI INSURANCE COMPANY, an Illinois Corporation; and BRAD WEEKLY, an Oregon Resident,<br><br>Defendants. | CASE NO. C05 3484 EDL<br><br>**STIPULATION TO PERMIT DEFENDANT AND COUNTER-CLAIMANT RLI INSURANCE COMPANY TO FILE AMENDED COUNTERCLAIM** |
| AND RELATED COUNTERCLAIM | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Defendant RLI Insurance Company may file an amended counterclaim in response to Plaintiff Tonic Wear, Inc.'s amended complaint.

| | |
|---|---|
| DATED: March 20, 2006 | LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP |

By: s/s_____
Gregory Rutchik
Attorney for Plaintiff
Tonic Wear, Inc.

| | |
|---|---|
| DATED: March 20, 2006 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |

By: s/s_____
Julia Molander
Attorney for Defendant
RLI Insurance Company

IT IS SO ORDERED

DATED: March 20, 2006

By: _____
Elizabeth D. LaPorte
U.S. Magistrate Judge

*[Stamp: IT IS SO ORDERED / Judge Elizabeth D. Laporte / United States District Court, Northern District of California]*