1  DAVID M. HELBRAUN (State Bar No. 129840)
   HELBRAUN LAW FIRM
2  180 SUTTER STREET, SUITE 200
   SAN FRANCISCO, CALIFORNIA 94104
3  Telephone:  415/982-4000
   Facsimile:   415/352-0988
4

5  Attorneys Specially Appearing for Defendant
   BRAD WEEKLY
6

7                   UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9  TONIC WEAR, INC., a California corporation,    Case No. 05-CV-3484 EDL

10                                                 STIPULATION AND [PROPOSED] ORDER
                                                   RE BRIEFING SCHEDULE ON BRAD
11 Plaintiff,                                      WEEKLY MOTION TO DISMISS

12 v.

13 RLI INSURANCE COMPANY, an Illinois
   corporation; BRAD WEEKLY, an Oregon
14 resident,

15
   Defendant.
16

17

18         WHEREAS, defendant BRAD WEEKLY (hereinafter "WEEKLY") has filed a Motion to

19 Dismiss this action against him pursuant to Federal Rules of Civil Procedure, Rules 12(b)(2) and

20 12(b)(7), said Motion set for hearing on May 23, 2006; and

21         WHEREAS Plaintiff's counsel has a conflict with the May 23 hearing date, and

22 WEEKLY's counsel commences a trial in California State Court on June 5, 2006; and

23         WHEREAS Plaintiff has requested to take a targeted, specifically limited, deposition of

24 Brad Weekly solely on issues bearing on the said Motion, for possible use in presentation to the

25 Court in the briefing in Plaintiff's Opposition on said Motion, and WEEKLY has agreed to such in

26 exchange for conducting a similar, targeted, specifically limited, deposition of Kirk Thornby for

27 possible use in briefing the Reply on the Motion; and

28         WHEREAS Plaintiff's counsel and WEEKLY's counsel seek to take said targeted,

1  specifically limited, discovery within the next two weeks on dates as mutually agreed, and to have
2  the said Motion heard by the Court on May 30, 2006, and to request the Court to permit a modified
3  briefing schedule to accommodate obtaining transcripts of said limited depositions for presentation
4  with the Opposition and, possibly, Reply briefings on the Motion; accordingly,

5       PLAINTIFF AND WEEKLY hereby stipulate and agree that, subject to the Court's
6  approval, (1) they will take the said specifically targeted, limited depositions of WEEKLY and of
7  Kirk Thornby within about the next two weeks on dates as mutually agreed; (2) re-set the Motion
8  for hearing from May 23, 2006 to 2:00 p.m. on May 30, 2006, and (3) modify the standard briefing
9  schedule such that Plaintiff's Opposition brief will be e-filed and served by close of business on
10 May 15, and WEEKLY's Reply briefing to be e-filed and served by hand by close of business on
11 May 19, 2006.

12      PLAINTIFF AND WEEKLY hereby further stipulate and agree that this Stipulation nor
13 participation in the reciprocal limited discovery discussed above shall be construed as WEEKLY's
14 submission to the Court's jurisdiction , which jurisdiction is specifically disputed by WEEKLY.

15      SO STIPULATED.

16 DATED: April 25, 2006                                  HELBRAUN LAW FIRM

17                                                                                /s/

18                                     DAVID M. HELBRAUN, ESQ.
                                    Attorneys Specially Appearing for Defendant
19                                   BRAD WEEKLY

20

21 DATED: April 25, 2006                                LINER YANKELEVITZ SUNSHINE &

22                                     REGENSTREIF LLP

23                                                                  /s/
                                    GREGORY ALAN RUTCHIK, ESQ.
24                                     Attorneys for Plaintiff
                                    TOXIC WEAR, INC.

25 IT IS SO ORDERED.

26 DATED: April 25, 2006                                _____
27                                     MAGISTRATE JUDGE ELIZABETH LAPORTE

28

0080521/002/ 26785v01