# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONIC WEAR, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RLI INSURANCE COMPANY, an Illinois corporation; BRAD WEEKLY, an Oregon resident,<br><br>Defendant. | Case No. 05-CV-3484 EDL  **MODIFIED**<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE CASE MANAGEMENT CONFERENCE<br><br>Calendared Case Management Conference<br>Date: May 30, 2006<br>Time: 2:00 p.m.<br>Judge Elizabeth Laporte |

This Stipulation is made pursuant to Local Rule and in lieu of Motion and entered by and between TONIC WEAR, INC., Plaintiff, by and through its attorney Gregory Alan Rutchik, Liner Yankelevitz Sunshine & Regenstreif LLP ("TONIC"), RLI INSURANCE COMPANY, Defendant, by and through its attorney Julia Molander, Sedgwick Detert Moran & Arnold LLP ("RLI"), and BRAD WEEKLY, Defendant, by and through its counsel, David Helbraun, Helbraun Law Firm ("WEEKLY") as follows:

WHEREAS, the Court issued a Clerk's Notice on April 25, 2006 continuing the Case Management Conference to May 30, 2006 at 2:00 p.m. to coincide with the hearing to adjudicate the Motion to Dismiss set for hearing on the same day. TONIC and WEEKLY have concurrently stipulated and have requested that the Court issue an Order re-setting the date for such hearing to June 27, 2006 at ~~2:00 p.m.~~ 9:00 a.m.

WHEREAS, all parties stipulate and request that the Court issue an Order or Clerk's Notice, as appropriate, re-setting the date for the next Case Management Conference to June 27, 2006 at ~~2:00 p.m.~~ 9:00 a.m. to coincide with the hearing on the Weekly Motion to Dismiss.

| | | |
|---|---|---|
| 1 | SO STIPULATED. | |
| 2 | DATED: May 1, 2006 | HELBRAUN LAW FIRM |
| 3 | | /s/ |
| 4 | | DAVID M. HELBRAUN, ESQ.<br>Attorneys Specially Appearing for Defendant |
| 5 | | BRAD WEEKLY |
| 6 | | |
| 7 | DATED: May 1, 2006 | SEDGWICK DETERT MORAN & ARNOLD LLP |
| 8 | | |
| 9 | | /s/ |
| 10 | | JULIA MOLANDER, ESQ.<br>Attorneys Specially Appearing for Defendant |
| 11 | | RLI INSURANCE COMPANY |
| 12 | | |
| 13 | DATED: May 1, 2006 | LINER YANKELEVITZ SUNSHINE & |
| 14 | | REGENSTREIF LLP |
| 15 | | /s/<br>GREGORY ALAN RUTCHIK, ESQ. |
| 16 | | Attorneys for Plaintiff |
| 17 | | TONICWEAR, INC. |
| 18 | IT IS SO ORDERED. | |
| 19 | DATED: ~~April __, 2006~~ | IT IS SO ORDERED<br>*Elizabeth D. Laporte*<br>Judge Elizabeth D. Laporte |
| 20 | May 1, 2006 | MAGISTRATE JUDGE ELIZABETH LAPORTE |

0080521/001/ 26852v01