UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONIC WEAR, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RLI INSURANCE COMPANY, an Illinois corporation; BRAD WEEKLY, an Oregon resident,<br><br>Defendant. | Case No. 05-CV-3484 EDL  **MODIFIED**<br><br>JOINT SECOND STIPULATION AND [~~PROPOSED~~] ORDER RE BRIEFING SCHEDULE ON BRAD WEEKLY MOTION TO DISMISS<br><br>Calendared Hearing Date: May 23, 2006<br>Time: 2:00 p.m.<br>Judge Elizabeth Laporte<br>First Stipulation Filed: April 25, 2006 |

This Second Stipulation is made pursuant to Local Rule and in lieu of Motion and entered by and between TONIC WEAR, INC., Plaintiff, by and through its attorney Gregory Alan Rutchik, Liner Yankelevitz Sunshine & Regenstreif LLP ("TONIC") and BRAD WEEKLY, Defendant, by and through its counsel, David Helbraun, Helbraun Law Firm ("WEEKLY") as follows:

WHEREAS, the Court issued an Order on April 25, 2006 pursuant to the parties' first stipulation regarding the limited discovery related to, the briefing schedule of and the hearing date ("Order") of that WEEKLY Motion to Dismiss ("WEEKLY MTD").

The Order set the dates as follows:

| | |
|---|---|
| Depositions of WEEKLY and of Kirk Thornby | Within Two Weeks of Order |
| TONIC Opposition to WEEKLY MTD | May 15, 2006 |
| WEEKLY Reply | May 19, 2006 |
| Hearing on WEEKLY MTD | May 30, 2006 at 2:00 p.m. |

WHEREAS, the parties in contemplation of the requirements of such Order and the realities of counsel and client calendars hereby request the Court and stipulate to reset such dates as follows:

| | |
|---|---|
| Depositions of WEEKLY and of Kirk Thornby | By and including June 1, 2006 |

| | | | |
|---|---|---|---|
| 1 | TONIC Opposition to WEEKLY MTD | ~~June 13, 2006~~ | June 12, 2006 |
| 2 | WEEKLY Reply | ~~June 20, 2006~~ | June 16, 2006 |
| 3 | Hearing on WEEKLY MTD | | June 27, 2006 at ~~2:00 p.m. or as soon thereafter as the Court may calendar~~ 9:00 a.m. |

The parties' stipulate that all other terms of the Order shall remain in tact provided that such depositions, due to their limit in scope, shall not count against the time permitted under the Federal Rules of Civil Procedure to the taking of deposition testimony.

SO STIPULATED.

DATED: May 1, 2006

HELBRAUN LAW FIRM

_____/s/_____

DAVID M. HELBRAUN, ESQ.
Attorneys Specially Appearing for Defendant
BRAD WEEKLY

DATED: May 1, 2006

LINER YANKELEVITZ SUNSHINE &

REGENSTREIF LLP

_____/s/_____
GREGORY ALAN RUTCHIK, ESQ.
Attorneys for Plaintiff
TONIC WEAR, INC.

IT IS SO ORDERED.

DATED: ~~April __,~~ 2006
May 1, 2006

IT IS SO ORDERED
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

_____
MAGISTRATE JUDGE ELIZABETH LAPORTE

0080521/001/ 26851v02