RECEIVED

06 NOV -7 PM 3: 02

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

NOV 1 4 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   JULIA MOLANDER  Bar No. 83839
2  LAURA L. GOODMAN  Bar No. 142689
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendant
6  RLI INSURANCE COMPANY

7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11  TONIC WEAR, INC., a California            CASE NO. C-05 3484 EDL
    corporation
12
            Plaintiff,                        STIPULATION AND [PROPOSED]
13                                            ORDER EXTENDING TIME TO
       v.                                     COMPLETE MEDIATION
14
    RLI INSURANCE COMPANY, an Illinois
15  corporation

16          Defendant.

17  _____

18  AND RELATED COUNTERCLAIM.

19  _____

BY FAX

20       WHEREAS plaintiff and counter-defendant Tonic Wear, Inc., counter-defendant Kirk

21  Thornby, and defendant RLI Insurance Company ("the parties") have been ordered to participate

22  in mediation to occur in "mid-November" 2006;

23       WHEREAS the parties agreed to and did schedule a mediation with the Honorable

24  Rebecca Westerfield for November 16, 2006. Due to scheduling conflicts, the parties are unable

25  to complete depositions necessary for evaluation of this case prior to that date;

26       WHEREAS the parties are currently setting dates for deposition in November and early

27  December. Judge Westerfield is available for mediation in December 2006 and January 2007,

28  and the parties are rescheduling mediation to take place during that time;

1       THEREFORE, the parties, by and through their respective counsel, hereby stipulate and

2   agree that the time by which to mediate this action shall be extended to January 31, 2007.

3       SO STIPULATED.

4   DATED: _November 6, 2006_ LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP

5

6                           By: _____
                                GREGORY A. RUTCHIK
7                               JOSHUA S. LEVENBERG
                                (Attorneys for Plaintiff TONIC WEAR, INC. and
8                               Counter-defendants TONIC WEAR, INC. and KIRK
                                THORNBY
9

10  DATED: _November 7, 2006_ SEDGWICK, DETERT, MORAN & ARNOLD LLP

11

12                          By: _____
                                JULIA A. MOLANDER
13                              LAURA L. GOODMAN
                                Attorneys for Defendant
14                              RLI INSURANCE COMPANY

15

16      Based upon the stipulation of the parties, and good cause appearing therefore, the date by

17  which the parties are to mediate this action is continued to January 31, 2007.

18

19      IT IS SO ORDERED.

20  DATED: Nov. 14, 2006          _____
21                                ELIZABETH LaPORTE
22                                UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

1 | *Tonic Wear v. RLI Insurance Company, et al.*

2 | U.S. District Court, Northern District of California Case No. C05 3484 EDL

3 | ### PROOF OF SERVICE

4 | I am a resident of the State of California, over the age of eighteen years, and not a party to
the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market
5 | Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On August 29, 2006, I served
the within document(s):

6 |
### STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO
7 | ### COMPLETE MEDIATION

8 | ☐  FACSIMILE - by transmitting via facsimile the document(s) listed above to the
fax number(s) set forth on the attached Telecommunications Cover Page(s) on this
9 | date before 5:00 p.m.

10 | ☒  MAIL - by placing the document(s) listed above in a sealed envelope with postage
thereon fully prepaid, in the United States mail at San Francisco, California
11 | addressed as set forth below.

☐  PERSONAL SERVICE - by personally delivering the document(s) listed above to
12 | the person(s) at the address(es) set forth below via WORLDWIDE ATTORNEY
SERVICE.

13 | ☐  OVERNIGHT COURIER - by placing the document(s) listed above in a sealed
envelope with shipping prepaid, and depositing in a collection box for next day
14 | delivery to the person(s) at the address(es) set forth below via OVERNITE
EXPRESS.
15 |

16 | Gregory A. Rutchik, Esq.                     David M. Helbraun, Esq.
Liner Yankelevitz Sunshine & Regenstreif LLP   Helbraun Law Firm
17 | 199 Fremont Street, Suite 2000              180 Sutter Street, Suite 200
San Francisco, California 94105               San Francisco, California 94104
18 | Tel: (415) 489-7700                         Tel: (415) 982-4000
Fax: (415) 489-7701                           Fax: (415) 352-0988
19 | Attorneys For Plaintiffs                    Attorneys Specially Appearing For Co-Defendant

20 | I am readily familiar with the firm's practice of collection and processing correspondence
21 | for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same
day with postage thereon fully prepaid in the ordinary course of business. I am aware that on
22 | motion of the party served, service is presumed invalid if postal cancellation date or postage
meter date is more than one day after date of deposit for mailing in affidavit.

23 | I declare under penalty of perjury under the laws of the State of California that the above
24 | is true and correct. Executed on August 29, 2006, at San Francisco, California.

25 |
26 | Kathleen McNulty
27 |

28 | SEDGWICK

1

PROOF OF SERVICE

SF/1369077v1