| | |
|---|---|
| SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>JULIA MOLANDER  Bar No. 83839<br>LAURA L. GOODMAN  Bar No. 142689<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, California 94105<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635<br><br>Attorneys for Defendant and Counterclaimant<br>RLI INSURANCE COMPANY | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONIC WEAR, INC., a California corporation,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>RLI INSURANCE COMPANY, an Illinois corporation<br><br>　　　Defendant.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. C-05 3484 EDL<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

### STIPULATION

Pursuant to Federal Rules of Civil Procedure 41(a), the parties in this action hereby stipulate and agree to the following:

1.　Plaintiff Tonic Wear, Inc. by and through its attorney of record hereby stipulates to dismiss with prejudice its First Amended Complaint in its entirety against Defendant RLI Insurance Company and agrees to bear its own attorneys' fees and costs.

2.　Counterclaimant RLI Insurance Company by and through its attorneys of record hereby stipulate to dismiss with prejudice its Amended Counterclaim in its entirety against Counterdefendants Tonic Wear, Inc. dba Acme Made and Kirk Thornby and to bear its own

attorneys' fees and costs.

**IT IS SO STIPULATED**

DATED: January 11, 2007   LINER YANKELEVITZ SUNSHINE &
                          REGENSTREIF LLP


By: _____
    Joshua Levenberg
    Attorney for Plaintiff and Counterdefendants
    TONIC WEAR, INC. / TONIC WEAR, INC. DBA
    ACME MADE AND KIRK THORNBY


DATED: January ___, 2007   SEDGWICK, DETERT, MORAN & ARNOLD LLP



By: _____
    Julia A. Molander
    Laura L. Goodman
    Attorneys for Defendant and Counterclaimant
    RLI INSURANCE COMPANY

-2-    CASE NO. C-05 3484 EDL

attorneys' fees and costs.

**IT IS SO STIPULATED**

DATED: January ___, 2006  LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP

By: _____
Joshua Levenberg
Attorney for Plaintiff and Counterdefendants
TONIC WEAR, INC. / TONIC WEAR, INC. DBA
ACME MADE AND KIRK THORNBY

DATED: January __, 2006  SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Julia A. Molander
Laura L. Goodman
Attorneys for Defendant and Counterclaimant
RLI INSURANCE COMPANY

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Plaintiff Tonic Wear, Inc.'s First Amended Complaint against Defendant RLI Insurance Company and Counterclaimant RLI Insurance Company's Amended Counterclaim against Counterdefendants Tonic Wear, Inc. DBA Acme Made and Kirk Thornby are DISMISSED in their entirety WITH PREJUDICE. Each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**

Dated: January 16, 2007

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA – IT IS SO ORDERED – Judge Elizabeth D. Laporte]*

Magistrate Judge Elizabeth LaPorte
U.S. District Court Judge, Northern District